```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/7/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

INSURED ADVOCACY GROUP, LLC,

                      Plaintiff,

-against-

305 MOLD LLC, et al.,

                      Defendants.

24-cv-07710 (MMG)

**ORDER**

---

MARGARET M. GARNETT, United States District Judge:

      In light of Plaintiff's filing of an Amended Complaint, *see* Dkt No. 19, Defendants' motion to dismiss at Dkt No. 14 is hereby DENIED as moot without prejudice to refiling or renewing.

      Pursuant to the Court's Individual Rule II(B)(6), **by no later than January 21, 2025**, Defendants must (1) answer the Amended Complaint; (2) file a new or supplemental motion to dismiss; or (3) submit a letter on ECF stating that they rely on the previously filed motion to dismiss and proposing a briefing schedule for the motion, preferably on consent. If Defendants choose to file a supplemental motion to dismiss, it must be filed using the Motion to Dismiss ECF filing event and may incorporate by reference any portions of the briefing, declarations, or exhibits filed with its original motion to dismiss. Any such supplemental briefing may not exceed five double-spaced pages. If the defendant chooses to file a new or supplemental motion to dismiss in response to the amended complaint, Plaintiff may not file a second amended complaint without prior leave of Court.

      SO ORDERED.

Dated: January 7, 2025
       New York, New York

                                                          MARGARET M. GARNETT
                                                          United States District Judge