**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
INSURED ADVOCACY GROUP, LLC,

        Plaintiff,

        -against-

305 MOLD LLC, et al.,

        Defendants.

------------------------------------------------------------x

24-CV-7710 (MMG)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

A Preliminary Settlement Conference Call was held in this action on February 12, 2025. The parties are directed to meet and confer and file a joint status letter on the docket proposing three dates for a follow-up Preliminary Settlement Conference Call during the week of March 17, 2025.

        **SO ORDERED.**

Dated: February 12, 2025
       New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge