UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
INSURED ADVOCACY GROUP, LLC,

                Plaintiff,

                -against-

305 MOLD LLC, et al.,

                Defendants.
------------------------------------------------------------x

24-CV-7710 (MMG)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

On February 12, 2025, the Court directed the parties to meet and confer and file a joint status letter on the docket proposing three dates for a follow-up Preliminary Settlement Conference call during the week of March 17, 2025. (ECF 28). To date, the parties have failed to file a letter as directed.

Accordingly, the Court will assume that the parties have settled the case unless they file a letter on the docket by **March 12, 2025,** that indicates otherwise. If the parties do file a letter by March 12, the letter should explain why the parties failed to file the joint status letter as directed and include three proposed dates for a follow-up Preliminary Settlement Conference call during the weeks of March 31, 2025, and April 7, 2025.

        **SO ORDERED.**

Dated: March 11, 2025
        New York, New York

                                           _s/ Ona T. Wang_
                                           **Ona T. Wang**
                                           United States Magistrate Judge