USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/11/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INSURED ADVOCACY GROUP, LLC,
Plaintiff,

-against-

305 MOLD LLC and GABRIEL GIL,
Defendants.

24-CV-07710 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

This is a breach of contract action. On July 14, 2025, the Court closed this case after receiving word the parties had reached a settlement. On July 13, 2026, Plaintiff moved for entry of a consent judgment because Defendants failed to make the required payments under the settlement agreement. Dkt. No. 39. The settlement agreement obligated Defendant 305 Mold LLC to pay Plaintiff $70,000 via monthly payments of $4,111.11 starting on September 4, 2025. Dkt. No. 39-1 ¶ 2(a). The agreement further specified that, if 305 Mold LLC failed to make any of the first three payments and failed to cure that failure within three (3) business days of written notice, then "the entire balance of the Principal Settlement shall be immediately due and payable together with interest at the rate of 12% per annum . . . and 305 [Mold LLC] agrees to the entry of a consent judgment in the litigation for that amount." *Id.* ¶ 2(b). In its motion, Plaintiff explains that 305 Mold LLC made the first payment of $4,111.11 on September 4, 2025, but then ceased making payments. Dkt. No. 39 at 1. Plaintiff provided a default notice on May 19, 2026. *Id.* Defendants did not resume making payments within three business days. Accordingly, Plaintiff now seeks entry of a consent judgment for the remaining settlement amount consistent with the settlement agreement. Dkt. No. 38.

On July 19, 2026, the Court ordered Defendants to respond to Plaintiff's motion by July 22, 2026. Dkt. No. 40. A member of the Court's staff also emailed Defendants' counsel to highlight the order. Defendants failed to respond. On July 30, 2026, the Court ordered Plaintiff's counsel to file a letter on the status of the lawsuit and any communications with Defendants or their counsel since Plaintiff filed the motion. Dkt. No. 41; *see also* Dkt. No. 42 (extending Plaintiff's deadline to file the letter). On August 7, 2026, Plaintiff's counsel filed a letter explaining that Plaintiff's counsel has not received any response from Defendants or their counsel since filing the motion. Dkt. No. 43.

On consideration of the foregoing and the Court's review of the settlement agreement, Plaintiff's motion for entry of judgment (Dkt. No. 38) is GRANTED. The Clerk of Court is

respectfully directed to enter judgment in favor of Plaintiff in the amount of $65,888.89, plus 12% interest per year.

Dated: August 11, 2026
New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge