**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

INSURED ADVOCACY GROUP, LLC,

Plaintiff,

24 **CIVIL** 7710 (MMG)

-against-

**JUDGMENT**

305 MOLD LLC, ET AL,

Defendants.

---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Order dated August 11, 2026, Plaintiff's motion for entry of judgment is GRANTED. Accordingly, judgment is entered in favor of Plaintiff in the amount of $65,888.89, plus 12% interest per year.

**DATED**: New York, New York
August 14, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** [signature]
**Deputy Clerk**